UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, : | CIVIL NO. 3:15CV00498 (RNC) |
| *By and through Sarah F. Russell, Esq.* : | |
| *as guardian ad litem* : | |
| Plaintiff, : | |
| : | |
| V. : | |
| : | |
| DEPARTMENT OF CORRECTION, : | |
| ET AL. : | |
| Defendants. : | August 21, 2015 |

## JOINT STATUS REPORT

Plaintiff filed her First Set of Interrogatories on August 17, 2015. She expects to need several fact depositions concerning particularly Jane Doe's conditions of confinement and the activities of the defendants. Defendants anticipate they will need at least another additional 30 days to respond and/or object to the pending interrogatories, and further anticipate that they will need to take discovery of the plaintiff and any experts, when disclosed. No depositions have been taken to date.

Plaintiff is prepared to discuss settlement; however, Defendants believe that it would be premature to refer this case for settlement at this time.

Defendants consent to either a jury or bench trial before a United States Magistrate Judge. However, Plaintiff is not willing to consent at this time.

The estimated length of trial is unknown at this time; it would depend on how many, if any, claims survive dispositive motion practice.

THE PLAINTIFF

By: /s/ David N. Rosen
David N. Rosen (ct00196)
David Rosen & Associates PC
400 Orange Street
New Haven, Connecticut 06511
Phone: (203) 787-3513
Fax: (203) 789-1605
drosen@davidrosenlaw.com

Sarah French Russell (ct26604)
Legal Clinic, Quinnipiac University School of Law
275 Mount Carmel Avenue
Hamden, CT 06518
Phone: (203) 282-3238
Fax: (203) 582-3297
sarah.russell@quinnipiac.ed

DEFENDANTS

By: /s/ Steven R. Strom
Steven R. Strom (ct01211)
Terrence M. O'Neill (ct10835)
Michael J. Besso (ct12790)
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
860-808-5450
Fax: 860-808-5591
steven.strom@ct.gov
terrence.oneill@ct.gov
michael.besso@ct.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2015, a copy of the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:   /s/ David N. Rosen
David N. Rosen