UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL NO. 3:15CV00498 (RNC) |
| By and through Sarah F. Russell, Esq. | : | |
| as guardian ad litem | : | |
|     Plaintiff, | : | |
| | : | |
|     V. | : | |
| | : | |
| DEPARTMENT OF CORRECTION, | : | |
| ET AL. | : | |
|     Defendants. | : | November 19, 2015 |

## JOINT STATUS REPORT

Plaintiff filed her First Set of Interrogatories and Request for Production of Documents on August 17, 2015. Defendants responded on October 20, 2015. Plaintiff expects to need several fact depositions concerning particularly Jane Doe's conditions of confinement and the activities of the defendants. Defendants will need to take depositions if the case survives the Motion to Dismiss. No depositions have been taken to date.

The defendants moved to dismiss this action on October 1, 2015. Plaintiff, having been granted two extensions of time, is to respond by no later than December 10, 2015.

The parties are continuing to cooperate in exchanging discovery materials and continuing to engage to move the case forward to resolution.

The defendants have claimed this case to a jury, in the event that it survives dispositive motion practice, and consent to a jury trial before a United States Magistrate Judge. Plaintiff is not willing to consent at this time to trial before a United States Magistrate Judge.

The estimated length of trial is unknown at this time; it would depend on how many, if any, claims survive dispositive motion practice.

THE PLAINTIFF

By: /s/ David N. Rosen
David N. Rosen (ct00196)
David Rosen & Associates PC
400 Orange Street
New Haven, Connecticut 06511
Phone: (203) 787-3513
Fax: (203) 789-1605
drosen@davidrosenlaw.com

Sarah French Russell (ct26604)
Legal Clinic, Quinnipiac University School of Law
275 Mount Carmel Avenue
Hamden, CT 06518
Phone: (203) 282-3238
Fax: (203) 582-3297
sarah.russell@quinnipiac.ed

DEFENDANTS

By: /s/ Steven R. Strom
Steven R. Strom (ct01211)
Terrence M. O'Neill (ct10835)
Michael J. Besso (ct12790)
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
860-808-5450
Fax: 860-808-5591
steven.strom@ct.gov
terrence.oneill@ct.gov
michael.besso@ct.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2015, a copy of the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


By: /s/ David N. Rosen
      David N. Rosen