UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, by and through | : | |
| Sarah F. Russell, Esq. as guardian ad litem, | : | |
| as guardian ad litem, | : | |
| | : | CIVIL NO.:  3:15-CV-00498 (RNC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF CORRECTION, et al., | : | |
| | : | |
| Defendants. | : | February 17, 2016 |

## JOINT STATUS REPORT

Plaintiff filed her First Set of Interrogatories and Request for Production of Documents on August 17, 2015.  Defendants responded on October 20, 2015.  Plaintiff expects to need several fact depositions concerning particularly Jane Doe's conditions of confinement and the activities of the defendants. Defendants will need to take depositions if the case survives the Motion to Dismiss.  No depositions have been taken to date.

The defendants moved to dismiss this action on October 1, 2015.  Plaintiff, having been granted three extensions of time, is to respond by no later than March 9, 2016.

The parties are continuing to cooperate in exchanging discovery materials and continuing to engage to move the case forward to resolution.

The defendants have claimed this case to a jury, in the event that it survives dispositive motion practice, and consent to a jury trial before a United States Magistrate Judge.  Plaintiff is not willing to consent at this time to trial before a United States Magistrate Judge.

The estimated length of trial is unknown at this time; it would depend on how many, if any, claims survive dispositive motion practice.

**PLAINTIFF**

By:    /s/David N. Rosen
       David N. Rosen (ct00196)
       David Rosen & Associates, P.C.
       400 Orange Street
       New Haven, Connecticut 06511
       Phone: (203) 787-3513
       Fax: (203) 789-1605
       drosen@davidrosenlaw.com

       Sarah French Russell (ct26604)
       Legal Clinic, Quinnipiac University School
        of Law
       275 Mount Carmel Avenue
       Hamden, CT 06518
       Phone: (203) 282-3238
       Fax: (203) 582-3297
       sarah.russell@quinnipiac.ed

**DEFENDANTS**

By:    /s/Steven R. Strom
       Steven R. Strom (ct01211)
       Terrence M. O'Neill (ct10835)
       Michael J. Besso (ct12790)
       Office of the Attorney General
       110 Sherman Street
       Hartford, CT 06105
       Phone: (860) 808-5450
       Fax: (860) 808-5591
       steven.strom@ct.gov
       terrence.oneill@ct.gov
       michael.besso@ct.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 17, 2016, a copy of the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/David N. Rosen
David N. Rosen