# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, by and through | : | |
| Sarah F. Russell, Esq. as guardian ad litem, | : | |
| as guardian ad litem, | : | |
| | : | CIVIL NO.:  3:15-CV-00498 (RNC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF CORRECTION, et al., | : | |
| | : | |
| Defendants. | : | May 12, 2016 |

## <u>JOINT STATUS REPORT</u>

Plaintiff filed her First Set of Interrogatories and Request for Production of Documents on August 17, 2015.  Defendants responded on October 20, 2015.  Plaintiff expects to need several fact depositions concerning particularly Jane Doe's conditions of confinement and the activities of the defendants.  Defendants will need to take depositions if the case survives the Motion to Dismiss.  No depositions have been taken to date.

The defendants moved to dismiss this action on October 1, 2015.  Plaintiff, having been granted five extensions of time, is to respond by no later than June 6, 2016.

The parties are continuing to cooperate in exchanging discovery materials.

The parties note that Jane Doe is now age 18 and was discharged from her delinquency commitment on April 6, 2016.

The defendants have claimed this case to a jury, in the event that it survives dispositive motion practice, and consent to a jury trial before a United States Magistrate Judge.  Plaintiff is not willing to consent at this time to trial before a United States Magistrate Judge.

The estimated length of trial is unknown at this time; it would depend on how many, if any, claims survive dispositive motion practice.

**PLAINTIFF**

By:   /s/David N. Rosen
          David N. Rosen (ct00196)
          David Rosen & Associates, P.C.
          400 Orange Street
          New Haven, Connecticut 06511
          Phone:  (203) 787-3513
          Fax:  (203) 789-1605
          drosen@davidrosenlaw.com

          Sarah French Russell (ct26604)
          Legal Clinic, Quinnipiac University School
           of Law
          275 Mount Carmel Avenue
          Hamden, CT 06518
          Phone:  (203) 282-3238
          Fax:  (203) 582-3297
          sarah.russell@quinnipiac.ed

**DEFENDANTS**

By:   /s/Michael J. Besso
          Steven R. Strom (ct01211)
          Terrence M. O'Neill (ct10835)
          Michael J. Besso (ct12790)
          Office of the Attorney General
          110 Sherman Street
          Hartford, CT 06105
          Phone:  (860) 808-5450
          Fax:  (860) 808-5591
          steven.strom@ct.gov
          terrence.oneill@ct.gov
          michael.besso@ct.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2016, a copy of the foregoing Joint Status Report was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/David N. Rosen
David N. Rosen