Civil- (Dec-2008)

HONORABLE: Chatigny, Robert

DEPUTY CLERK Glynn, T.              RPTR/ECRO/TAPE Warner, Darlene

TOTAL TIME:  ____ hours  18  minutes

DATE: 3/1/17          START TIME: 2:02          END TIME: 2:20

LUNCH RECESS    FROM: _____  TO: _____

RECESS (if more than ½ hr)    FROM: _____  TO: _____

CIVIL NO. 15cv498 RNC

Jane Doe

vs

James Dzurenda

David Rosen/Sarah Russell
Plaintiff's Counsel

Steven Strom/Terrence O'Neill/Besso
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing  TSC            ☐ Show Cause Hearing
☐ Evidentiary Hearing            ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... # 81 ___ Motion to DIsmiss- GRT w/o prejudice    ☑ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☑ ..... Telephone conference held _____    ☐ filed ☐ docketed
☐ ..... _____    ☐ filed ☐ docketed
☐ ..... _____    ☐ filed ☐ docketed
☐ ..... _____    ☐ filed ☐ docketed
☐ ..... _____    ☐ filed ☐ docketed
☐ ..... _____    ☐ filed ☐ docketed
☐ ..... _____ Hearing continued until _____ at _____