## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JANE DOE,** *by and through her guardian ad litem, Sarah F. Russell,* <br><br>**Plaintiff,** <br><br>V. <br><br>**JAMES DZURENDA,** *Commissioner, Connecticut Department of Correction, individually,* **SCOTT SEMPLE,** *Commissioner, Connecticut Department of Correction, individually,* **DEPARTENT OF CHILDREN & FAMILIES, JOETTE KATZ,** *Commissioner, Connecticut Department of Children and Families, individually and in her official capacity,* **WILLIAM ROSENBECK,** *individually and in his official capacity,* **and STATE OF CONNECTICUT,** <br><br>**Defendants.** | **CASE NO. 3:15CV498 (RNC)** |

## JUDGMENT

This action having come on for consideration of the plaintiff's motion to dismiss dkt. # [81] before the Honorable Robert N. Chatigny, United States District Judge, and

The Honorable Robert N. Chatigny having considered the motion and the full record of the case including applicable principles of law and having granted without prejudice motion to dismiss see dkt. # [86]; it is therefore

**ORDERED, ADJUDGED AND DECREED** that judgment enter dismissing the case.

Dated at Hartford, Connecticut, this 1st day of March, 2017.


    ROBIN  D. TABORA, Clerk

    By__/s/_TG_____
       Terri Glynn
       Deputy Clerk

EOD: 3/1/17